**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANDERSON HILL ROAD CAPITAL LLC,

                Plaintiff,

    -against-                                    20 **CIVIL** 3378 (LLS)

                                                    **JUDGMENT**

BMC -THE BENCHMARK MANAGEMENT
COMPANY,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated January 25, 2021, the motion to dismiss is granted, without prejudice.

**Dated:**  New York, New York
            January 25, 2021

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                           **Clerk of Court**
                                            **BY:**
                                                           _____
                                                              **Deputy Clerk**